**IN THE UNITES STATES DISTRICT COURT OF KANSAS** DISTRICT
**TOPEKA, KANSAS** 444 SE QUINCY
66683

**FILED**
OCT 29 2013
Clerk, U.S. District Court
By: _____ Deputy Clerk

**MARJORIE A. CREAMER
(aka) THE HUSH**

**CASE NO.** 13-4125-JTM-DJW

LARNED STATE HOSPITAL
1301 KS HWY 64 LSHaka 67550
HIGH PLAINS MENTAL HEALTH
208 E. 7th HAYS KS 67601

P255-1  03/24/03 **COMPLAINT** the False Confinements and
CORRECTION FORM FOR HIGH PLAINS MENTAL HEALTH
LOCATION AT HAYS, KANSAS and admit on March 25, 2013

Pursuant to the Kansas Statutes Annotated civil procedure 60, Marjorie A. Creamer is filing this lawsuit on behalf of the false arrest, false imprisonment on March 25th, 2013 of her and her dogs, Homer and Sheba of which the county officials violated the American Disability A. 42 USC §12101 by handcuffing her in Plainville across from the nursing home on highway 183 north of Hays, Kansas 23 miles; where the mental health headquarters for all of northwestern Kansas is under the business name High Plains Mental Health of which there are also false and untrue records of her mental status. As follow:
(ie AMENDMENT of HEALTH RECORD REQUEST FORM)
LARNED STATE HOSPITAL with staffs names

1. Discrimination is the cause of action as Ms. Creamer's car ran out of gas. Already a disabled person with PTSD (Post Traumatic Stress Disorder) from the 1991 court action of assault, battery, attempt rape on the pool

table in the greyhound bus facility of where she worked in Denver (Commerce City), Colorado. The 2006 Ford Fusion ran out of gas and this cause a crisis mode along with her condition already.

2. Officer Dan Spears stopped to asked what he could do and the girl brought the gas of which a plastic milk carton was scissor cut as a funnel to pour the gas into the tank. This was done. Ms. Creamer should have been on her was

3. She was discriminated against when Officer Chris Davis arrived on the scene, as Ms. Creamer was still outside of her car and assessable for Chris Davis to assault her,

4. Chris Davis arrived on the scene , Ms. Creamer was outside of her car making assessable for Chris Davis to assault her, bully , harass , discriminate against her because of her disability (PTSD), question her is she was pregnant and her answer "no I do not have sex" , then slammed up against the her car and handcuffed- then his body pressed against hers so long that she had to turn to the side of the car so that his crotch was in her posterior to long. Brutally assaulting and maliously sexually heighting her current PTSD condition of being a   rape   victim .

5. Since this had just happened to her by an ARKANSAS highway Patrol Brandon Dehart on September 19, 2013 as she had also told him that she had PTSD and had shown him the book she wrote **THE HUSH**. Again she was outside of her car, assessable to the assault, battery, sexually harassing her and discrimination against her for her condition,  violation of the ADA.

Ms. Creamer's dogs were also involved then too, companion dogs, Homer and Sheba, were in the backseat and taken to the Humane Shelter of which when Ms. Creamer got out of jail, she walked in Fort Smith, Arkansas to get her dogs back approximately November 2012, or thereabouts.

6. A pet is a medication without the side effects and they have so many benefits, pets can heal the disabled ailments. This is just what Homer and Sheba, her son's dogs, have done until the false arrest on March 25, 2013 by the Plainville cops, whom were killed by the Plainville, Kansas veterinary on April 5, 2013 without consent from Ms. Creamer.

7. The Plainville cops gave the HPMH and LSH the control over her life and the false records of the therapist interview that day and while in Larned State Hospital (LSH) falsely held after handcuffed and taken by the Plainville cops of whom assisted the killing of her dogs, since they handcuffed her for no reason. On April 2, 2013 and Ms. Creamer called while false imprisoned at LSH and told A.D. Kelly veterinary's she would pick her dogs up when she was released from LSH. Ms. Creamers family were involved at this time. Ms. Creamer's family told her that her dogs were killed on the 5th. A nurse at LSH told Ms. Creamer that her family killed her dogs, this is just what this facility is infested with and is inhumane treatment of whom the Plainville cops took her on March 25, 2013 and cruelty held her dogs then killed them.

Marjorie A. Creamer has a cause of action in this civil rights matter for the violation of the ADA and that this

is also a matter of animal cruelty and murder while falsely imprisoned at LSH. The records at LSH had said that she was homeless and had no income, a home for nine years with address 705 S. Monroe Smith Center, Kansas and since 1991 an income of Social Security for the rape on the pool table. Important fact of a 3 day voluntary committed was signed on March 24, 2013 of which she should have been released after this matter of time. Also, a Habeus Corpus was written and given to the courts of which are held on the state premise of the State Hospital grounds also violation of the fact of the state employees not allowing her to represent. The fact remains that Ms. Creamer had no car door nor window of her between her assualters on the day of March 25, 2013 or the cop Chris Davis could not have assaulted her sexually while in handcuffs nor violated or discriminated against her for the fact of being disable. It is unlawful to use biased policing in an arrest and malicious confinement at Larned State Hospital without allowing Medical Records Corrected and denied by LSH Larned State Hospital this year, also never seen by Dr. Derose Medical/Psycr. at LSH before signed in on March 25, 2013 FREUD

Submitted the 16th day of ~~July~~ Oct. 28, 2013 ~~2013.~~

Marjorie A. Creamer
MARJORIE A. CREAMER
PO BOX 25164
KC MO 64119
thehush91@hotmail.com
785-259-1460 cell telephone

home address
705 S. Monroe
Smith Center Ks 66967

MS-230 Form

EXHIBIT B — 1-4 pages

Rev. 3/12

# AMENDMENT OF HEALTH RECORD REQUEST FORM
(For use by Larned State Hospital patients asking for amendment of their records.)

**Name:** MARJORIE A. CREAMER
**Patient Number:** 44087
**Date of Birth:** JULY 1, 1957
**Date of Request:** PAST REQUESTS OF MANY YEARS / REGARDLESS this last MARCH 2013 - CURRENT ADMIT

This part to be completed by patient: Records Change

If you are requesting an amendment to your Larned State Hospital (LSH) medical record, please consider the following:

- LSH cannot amend records that LSH did not create.
- LSH will only amend records if they are found to be incomplete or inaccurate.
- Please attach any information you have to support your request(s).
- Please attach your suggested written amendment(s).

Competent and represent self
Marjorie A. Creamer
Sept 26, 2013

## I am asking for the following amendment to the record of my health information:

| Description of Information to be Amended | Dates of Information to be Amended | How Entry is Incorrect or Incomplete |
|---|---|---|
| Yes INCOME / since 1991 (rape at work) | | Psych Callistra FRYE, intern |
| HOME / not HOMELESS 2003-2013 | | Kristen WATKINS |
| never saw Dr. Derose at admit only when dogs killed April 5, 2013 | current admit March 25, 2013 released April 29-2013 | DR. DEROSE Larned State Hospital Staff — FALSE RECORD |

### Individuals who received and/or relied on the incorrect/incomplete information:

| Name of Organization or Individual | Address | Patient's Permission to Share Amendment with Individuals Receiving Information (need signature and date) |
|---|---|---|
| Marc Dipoto MA, LPC psych. | 200 NE 54th Str. Creekwood II #202 Kansas City MO 64118 | Marjorie Creamer Sept 26, 2013 |
| Innocent O-Anya MD | 3000 NE. Brooktree Lane #200 Gladstone MO 64119 | |

- MARJORIE A CREAMER    PO BOX 25164    KC MO 64119

(5-6) You killed my dogs by false records and false arrest confinement