# UNITED STATES DISTRICT COURT

### DISTRICT OF KANSAS

| | |
|---|---|
| MARJORIE A. CREAMER, | |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| LARNED STATE HOSPITAL and HIGH PLAINS MENTAL HEALTH, | Case Number: 13-4125-JTM |
| Defendants. | |

      IT IS ORDERED AND ADJUDGED in accordance with the Order filed December 20, 2013, that the court dismisses the claim for failure to state a claim upon which relief can be granted.

TIMOTHY M. O'BRIEN, Clerk of Court

<u>December 20, 2013</u>
Date

By    s/ S. Smith
          Deputy Clerk